JOSEPH LEWIS, Appellant, *v.* BOARD OF EDUCATION OF CITY OF NEW YORK, Respondent.

Argued October 13, 1937; decided November 16, 1937.

*Joseph Wheless* for appellant.

*Paul Windels,* Corporation Counsel (*Nicholas Bucci* and *Paxton Blair* of counsel), for respondent.

Appeal dismissed, without costs, as no constitutional question is involved which entitles the appellant to come directly to this court from Special Term. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.